1

2

3

4                UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6                      EUREKA DIVISION

7

8  ZURICH AMERICAN INSURANCE              Case No.  22-cv-03903-RMI
   COMPANY,
9
                  Plaintiff,              **ORDER REOPENING CASE AND**
10                                        **DIRECTING DEFENDANTS TO**
        v.                                **RESPOND**
11
                                          Re: Dkt. No. 21
   NORMAN SCOTT FARLEY, et al.,
12
                  Defendants.
13

14          On October 13, 2022, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice.

15  (Dkt. 20). Plaintiff notified the court that it had reached a settlement agreement with Defendants

16  and requested that the court maintain ancillary jurisdiction over the matter, including reopening

17  the case if there was a default on payment terms. The case was terminated on October 14, 2022.

18  Plaintiff now submits its Stipulation with Proposed Order to Enter Judgment (dkt. 21) consistent

19  with the parties' settlement agreement, and requests that the court reopen the case and enter

20  judgment in favor of Plaintiffs in the amount of $20,478.31.

21          Accordingly, the court clerk is directed to reopen the case. Defendants have fourteen (14)

22  days in which to file any opposition to the entry of judgment.

23          **IT IS SO ORDERED.**

24  Dated: November 6, 2023

25

26                                        _____

27                                        ROBERT M. ILLMAN
                                          United States Magistrate Judge
28

*United States District Court*
*Northern District of California*